**Order entered April 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01451-CV

**ISABELLE EDWARDS, Appellant**

**V.**

**AMERICAN ACADEMY OF COSMETIC DENTISTRY INC AND ITS GBAS FOUNDATION, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-06298-E**

## ORDER

Before the Court is appellant's April 2, 2020 motion for a one-month extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 4, 2020.

/s/     KEN MOLBERG
         JUSTICE